UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-20281-Civ-MOORE

DULCE ROJAS, individually and as
natural guardian and parent of
A.G.R., a minor,

 *Plaintiffs*,

v.

UNITED STATES OF AMERICA

 *Defendant.*

_____

### **DEFENDANT UNITED STATES' NOTICE REGARDING SETTLEMENT**

The undersigned Assistant United States Attorney seeks through this Notice to advise the Court of the current status and procedures involved in finalizing approval of the proposed stipulated settlement:

1. On February 7, 2017, the parties entered into a proposed settlement with the condition that the United States Attorney for the Southern District of Florida and the Assistant Attorney General approve the terms of the settlement.

2. The proposed settlement agreement contains multiple conditions prior to the approval by the Department of Justice (DOJ). Those conditions include:

    a. approval of the settlement by the probate court in the Circuit Court of the Eleventh Judicial Circuit on behalf of and for the benefit of the minor;

    b. approval of the settlement by the U.S. Attorney for the Southern District of Florida;

    c. providing the United States with a complete set of extant medical records for the child;

    d. a release and waiver of any claim or cause of action by any other alleged tortfeasor;

    e. a release and waiver of any known claims or liens, such as claims by Medicaid;

    f. a memorandum from the undersigned to the Torts Branch of the DOJ indicating the basis for the settlement;

    g. submission of a memorandum from the DOJ Torts Branch to the Assistant Attorney General for the Civil Division seeking final approval;

    h. stipulation signed by all parties (including the United States, which is conditioned upon approval by the Assistant Attorney General);

    i. providing all necessary tax identification;

    j. approval of the Assistant Attorney General for the Civil Division.

3. As of this date, the issues remaining before submission for approval by the Torts Branch and the Assistant AG are paragraphs 2 (f-h) above. On February 21, 2017, the probate court approved the terms of the settlement.

4. The parties are cooperating, and the matter is moving forward towards seeking and obtaining approval of the proposed settlement by the Assistant Attorney General.

5. The United States Attorney for the Southern District of Florida has approved the settlement. A memorandum in support of the settlement will be completed and sent to the DOJ Torts Branch on or before March 10, 2017. The Torts Branch is aware of the proposed settlement amount and has requested all the necessary documents in support prior to the Torts Branch of the DOJ submitting the settlement for final approval to the Assistant Attorney General.

6. At this time, the United States is requesting that the case not be dismissed until the Assistant Attorney General for the Civil Division approves the settlement.

Dated: March 6, 2017.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

By: s/ Lawrence Rosen
    LAWRENCE ROSEN (Fl. Bar No.282911)
    Assistant United States Attorney
    E-mail: Larry.Rosen@usdoj.gov
    United States Attorney's Office
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Tel: (305) 961-9321
    Fax: (305) 530-7139
    Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List through ECF.

                                              s/ Lawrence Rosen
                                              LAWRENCE ROSEN
                                              Assistant United States Attorney

**SERVICE LIST**
ROJAS V. UNITED STATES OF AMERICA
Case 16-20281-Civ-Moore
United States District Court, Southern District of Florida

Hector J. Lombana, Esq.
Araly Herrera, Esq.
GAMBA, LOMBANA & HERRERA
2701 Ponce de Leon Blvd.,
Mezzanine
Coral Gables, FL. 33135
Tel No. 305.448.4010
Fax No. 305.448.9891
e-mail: tgamba@glhlawyers.coM

Carlos E. Verdecia, Esq.
The Verdecia Law Firm, LLC
3006 Aviation Avenue
Suite 4B
Coconut Grove, FL
33133
Counsel for Plaintiffs

Lawrence Rosen
Assistant U.S. Attorney
E-mail: Larry.Rosen@usdoj.gov
U.S. Attorney's Office
99 NE 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9321
Fax: (305) 530-7139

Counsel for Defendant United States