IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-20281-Moore/McAliley

DULCE ROJAS, individually and as
natural guardian and parent of
A.G.R., a minor,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.
_____/

## PLAINTIFF'S MOTION TO APPROVE SETTLEMENT ON BEHALF OF MINOR

Plaintiff, DULCE ROJAS, as the natural guardian and parent of A.G.R., a Minor, by and through her undersigned counsel, hereby moves this Court to approve the final settlement of this matter, and in support, thereof, states as follows:

1. A medical negligence claim was filed against the United States of America on behalf of A.G.R., a minor and his mother, for damages suffered during A.G.R.'s labor and delivery.

2. On February 7, 2017, the case was settled. The United States of America agreed to pay Three Million Seventy Five Thousand ($3,075,000.00) Dollars. The complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 (hereinafter "Stipulation") which is attached hereto as Exhibit "A".

3. On September 15, 2015 a guardianship was opened on behalf of the minor, A.G.R., in the Circuit Court of the Eleventh Judicial Circuit, Probate and Guardianship Division, in and for Miami Dade County, Florida. A copy of the Order Appointing Guardian of the Property of Minor and Letters of Guardianship of the Property of Minor are attached as Composite Exhibit "B".

{00057469.DOCX. 1 }

4. On November 3, 2015, the Guardianship Judge, Judge Celeste Muir, appointed Sean Moughan, Esq. to serve as a Guardian Ad Litem on behalf of the minor to investigate, represent and protect the interests of the Minor, A.G.R. A copy of the Order is attached as Exhibit "C".

5. Subsequently, Judge Muir clarified the guardian ad litem's authority. A copy of the Order is attached as Exhibit "D".

6. On February 14, 2017 the Guardian Ad Litem, Sean Moughan, Esq., submitted his report and recommendations to the Guardianship Judge in the Eleventh Judicial Circuit in and for Miami Dade County, Florida. A copy of the Report is attached as Exhibit "E".

7. Pursuant to the terms of the Stipulation of Settlement that Plaintiff must obtain approval of the settlement by a Court of competent jurisdiction on behalf of A.G.R., the Plaintiff petitioned the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, Probate and Guardianship Division, for approval of the final settlement in this matter. On February 21, 2017, the settlement was approved and the Court entered an Order approving the settlement on behalf of the minor. Shortly thereafter, Judge Muir entered a Corrected Order Approving Settlement on Behalf of A.G.R. A copy of the Order Approving Settlement on Behalf of the Minor and Corrected Order Approving Settlement on Behalf of A.G.R., minor are attached as Composite Exhibit "F".

8. A special needs trust for the benefit of A.G.R. has been established and approved in the Probate and Guardianship Division of the Circuit Court of the Eleventh Judicial Circuit in Miami, Dade County, Florida. A copy of the Order is attached as Exhibit "G".

9. Both the Guardian Ad Litem and Plaintiff believe that it is in A.G.R.'s best interest that the net proceeds to the Minor be distributed to the Special Needs Trust for the benefit of A.G.R., the minor child and which will be professionally managed for A.G.R.'s benefit and will provide for his future needs.

WHEREFORE, the Plaintiff, DULCE ROJAS, individually and as natural guardian and parent of A.G.R., a minor, respectfully requests this Court to approve the settlement as set forth by this Motion and the recommendations of

{00057469.DOCX. 1 }

the Guardian Ad Litem and to authorize Plaintiff, DULCE ROJAS, to execute all closing documents, Stipulation and releases needed to effectuate the settlement of this claim including the minor's claim, to make all disbursements pursuant to the Closing Statement, including attorney's fees and costs and liens and to deposit the entire net proceeds to the Special Needs Trust for the benefit of A.G.R., minor.

Dated this 10th day of May, 2017.

Respectfully submitted,
Carlos E. Verdecia, Esq.
Florida Bar No.: 962147
carlos@verdecialaw.com
and
Araly Herrera, Esq.
Florida Bar No.: 121241
aherrera@glhlawyers.com
Hector J. Lombana, Esq.
Florida Bar No.: 238813
hlombana@glhlawyers.com
GAMBA LOMBANA & HERRERA
Attorneys for Plaintiff
2701 Ponce de Leon Blvd.
Mezzanine Floor
Coral Gables, Florida 33134
Phone: (305) 448-4010
Fax: (305) 448-9891

By: /S/ _____
Araly Herrera

### CERTIFICATE OF ELECTRONIC FILING

**I hereby certify** that a true and correct copy of the foregoing was served by *E-Filing* on this 10th day of May, 2017 on all counsel or parties of records on the Service List below.

/S/ _____
Araly Herrera

{00057469.DOCX. 1 }

## SERVICE LIST

Lawrence Rosen, Esq.
Assistant U.S. Attorney
Counsel for Defendant
Larry.Rosen@usdoj.gov
U.S. Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305)-961-9321
Facsimile: (305) 530-7139

Carlos E. Verdecia, Esq.
*Co-Counsel for Plaintiff*
carlos@verdecialaw.com
karla@verdecialaw.com.
The Verdecia Law Firm, LLC
3006 Aviation Avenue, Suite 4B
Coconut Grove, FL 33133
Telephone: (786)-249-1400
Facsimile: (786)-249-1403

Melissa Damian Visconti, Esq.
*Co-Counsel for Plaintiff*
mvisconti@dvllp.com
jserna@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960